# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAFIS ANTUAN FAISON, | : | |
| Petitioner, | : | |
| | : | No. 1:18-cv-2440 |
| v. | : | |
| | : | (Judge Rambo) |
| JAMEY LUTHER, *et al.*, | : | (Magistrate Judge Mehalchick) |
| Respondents | : | |

## ORDER

**AND NOW**, on this 12th day of March 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's objections (Doc. No. 23) are **OVERRULED**, and Magistrate Judge Mehalchick's Report and Recommendation (Doc. No. 22) is **ADOPTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

3. Petitioner's motion to compel discovery (Doc. No. 7) and motion for clarification/status of case (Doc. No. 8) are **DISMISSED AS MOOT**;

4. A certificate of appealability **SHALL NOT ISSUE**; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge